FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 NOV 15 PM 2: 20

CLERK_____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF GEORGIA

### SAVANNAH DIVISION

MICHAEL J. STEPHENS,          )
                               )
     Plaintiff,          )
                               )          Case No. CV407-152
v.          )
                               )
UNITED STATES GOVERNMENT;          )
INTERNAL REVENUE SERVICE;          )
Employees: T. E. FENDERSON, No. 58-05723; )
and TERRENCE MOORE, No. 58-07636,          )
                               )
     Defendants.          )

## O R D E R

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _15_ day of _November_ 2007.

_____
B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA